# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 25, 2022

<u>Via ECF</u>

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>**United States v. Paul Barry**</u>
      **15 Cr. 696 (PKC)**

Dear Judge Castel:

*[Handwritten: Application DENIED without prejudice for reasons substantially the first set forth in the paragraph on p. 4 of the letter submitted by the government (Doc 125). SO ORDERED / USDJ / 9-1-22]*

We write on behalf of Paul Barry to respectfully request, pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c)(2)(B), that the Court terminate the remaining 17 months of Mr. Barry's supervised release. After an initially difficult transition from incarceration, over the past 19 months, Mr. Barry has compiled an exemplary record while on supervision—securing stable, full-time employment, refraining from illicit substance use, repairing his relationships with his family, and enjoying a law-abiding life in the community. This record demonstrates that Mr. Barry no longer needs rehabilitative support from the Probation Office, which has taken Mr. Barry off of the random drug testing regimen and only requires him to check in sporadically given his admirable performance. Accordingly, while the government opposes this request, Mr. Barry's Probation Officer has no objection to early termination of his supervised release.

Mr. Barry has succeeded in integrating back into the community after serving a significant (and unexpectedly punitive) term of incarceration, and continued supervision would impose unnecessary restrictions on his ability to achieve independence. Accordingly, for the reasons stated below, we respectfully request that the Court terminate Mr. Barry's remaining period of supervision.

**I.   Background**

In January 2016, Mr. Barry pleaded guilty to conspiracy to traffic in firearms and to firearms trafficking. On April 22, 2016, the Court sentenced Mr. Barry to 70 months' incarceration and three years' supervised release. (Doc. 47 at 1–3). Mr. Barry was released from federal custody on December 16, 2020 and has been on supervised release for 19 months.

Because Mr. Barry has completed more than one year of supervision, the Court may terminate the remaining period of his supervised release if it finds early termination is warranted by his conduct on release and is "in the interests of justice." 18 U.S.C. § 3583(e)(1).